# Order

Michigan Supreme Court
Lansing, Michigan

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137451(79)

MICHIGAN EDUCATION ASSOCIATION,
     Plaintiff-Appellant,

v

SECRETARY OF STATE,
     Defendant-Appellee.

_____

SC: 137451
COA: 280792
Ingham CC: 06-001537-AA

On order of the Chief Justice, the motion by Michigan State Employees Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009

_____
Clerk